Mario Joseph PACMAN, Appellant, v. Charles B. MEAD, Superintendent of the Federal Prison Camp, Coronado National Forest, Pima County, Arizona, Appellee.

No. 11256.

Circuit Court of Appeals, Ninth Circuit

May 28, 1946.

Mario Joseph Pacman, in pro. per., for appellant.

Frank E. Flynn, U.S. Atty., of Phoenix, Ariz., for appellee.

Before MATHEWS, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.